UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-10767 |
| | | CHAPTER 13 |
| JOSEPH P. EICHSTADT | | |
| MELISSA M. EICHSTADT | : | JUDGE BETH A. BUCHANAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918103 | $32.30 |

Creditor(s)
BANK ONE/JPM CHASE
ATTN: PAYMENT PROCESSING
P.O. BOX 17055
WILMINGTON, DE 19850-7055

                              Respectfully submitted,

                      /s/   Margaret A. Burks, Esq.
                              Margaret A. Burks, Esq.
                              Chapter 13 Trustee
                              Attorney No. OH 0030377

                              Francis J. DiCesare, Esq.
                              Staff Attorney
                              Attorney No. OH 0038798

                              Karolina F. Perr, Esq.
                              Staff Attorney
                              Attorney No. OH 0066193

                              600 Vine Street, Suite 2200
                              Cincinnati, OH 45202
                              (513) 621-4488
                              (513) 621 2643 (Facsimile)
                              mburks@cinn13.org - Correspondence only
                              fdicesare@cinn13.org
                              kperr@cinn13.org
                              cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, August 24, 2011.

                                               /s/    Margaret A. Burks, Esq.
                                                                Margaret A. Burks, Esq.

BANK ONE/JPM CHASE
ATTN: PAYMENT PROCESSING
P.O. BOX 17055
WILMINGTON, DE 19850-7055

Debtor(s) Counsel
GOERING & GOERING
220 WEST 3RD STREET
CINCINNATI, OH  45202

Debtor(s)
JOSEPH P. EICHSTADT
MELISSA M. EICHSTADT
3800 ST. MARTINS PLACE
CINCINNATI, OH  45211

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

CHASE BANK, USA, N.A.
P.O. BOX 100018
KENNESAW, GA 30156-9104